1

2

3

4

5

6

7

8

9

10

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12

13

CRYSTAL SWEET,

Case No. ED CV 19-663 JVS (MRW)

14

Plaintiff,

15

v.

JUDGMENT

16

RUIZ, et al.,

17

Defendants.

18

19

20    Pursuant to the Order Accepting Findings and Recommendations of the

21   United States Magistrate Judge,

22    IT IS ADJUDGED that judgment be entered in favor of Defendants.

23

24

25

26   DATE: January 07, 2021    _____

HON. JAMES V. SELNA

27   SENIOR U.S. DISTRICT JUDGE

28